# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| William Von Long ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No. 4:18-cv-2223-RBH |
| Warden Broad River Correctional Institution ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed with prejudice and without requiring Respondent to file an answer or return. The Court denies a certificate of appealability

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: November 6, 2018

Robin L. Blume
*CLERK OF COURT*

s/Debbie Stokes
_____
*Signature of Clerk or Deputy Clerk*